MCGREGOR W. SCOTT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00115-KJM |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D); AND EXCLUSION OF TIME AND FINDINGS AND ORDER |
| v. | |
| ROZALIN SLADE, | DATE: July 17, 2019 |
| Defendant. | TIME: 2:00 p.m. |
| | COURT: Hon. Carolyn K. Delaney |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendant, Rozalin Slade, both individually and by and through her counsel of record, Timothy Zindel, hereby stipulate as follows:

1. The Complaint in this case was filed on May 8, 2019, and Defendant Rozalin Slade first appeared before a judicial officer of the Court in which the charges in this case were pending on May 10, 2019. On that date, the Court set a preliminary hearing date on May 24, 2019. The parties then stipulated to and the Court ordered continuances of the preliminary hearing to June 28, 2019, and again to July 17, 2019. ECF 9 and 12.

2. On July 9, 2019, the government filed an Information charging the defendant with violations of 18 U.S.C. §§ 1343 (wire fraud) and 1028A (aggravated identity theft). ECF 14. The government and defense counsel are coordinating with Judge Mueller's Court and plan to schedule an arraignment, waiver of indictment, and change of plea for August 5, 2019. If those proceedings move

STIPULATION 1

forward as planned, the parties will request that the preliminary hearing be vacated.

3. By this stipulation, the parties jointly move for another extension of time of the preliminary hearing date and the date of the defendant's initial appearance on the Information to August 16, 2019, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation and further investigation, including the review of discovery. For example, the government has produced audio/video files, bank records, witness statements, and police reports relevant to this case. Defense counsel needs additional time to review and consider this evidence and to conduct additional investigation. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 17, 2019, and August 16, 2019, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: July 12, 2019                                  McGREGOR W. SCOTT
                                                      United States Attorney

                                                      /s/ ROBERT J. ARTUZ
                                                      ROBERT J. ARTUZ
                                                      Special Assistant U.S. Attorney


Dated: July 12, 2019                                  /s/ TIMOTHY ZINDEL
                                                      TIMOTHY ZINDEL
                                                      Assistant Federal Defender
                                                      Counsel for Defendant
                                                      Rozalin Slade

| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROBERT J. ARTUZ<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00115-KJM |
|---|---|
| Plaintiff, | FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d); AND EXCLUDING TIME |
| v. | |
| ROZALIN SLADE, | DATE: July 17, 2019<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |
| Defendant. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 12, 2019. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

///

[PROPOSED] FINDINGS AND ORDER

1

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to August 16, 2019, at 2:00 p.m.

2. The time between July 17, 2019, and August 16, 2019, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: July 15, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE